Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

CASE NO. C07-04862 JL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:
6   The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
7   BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
8   Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
9   Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
10  which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.
11  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
12  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
13  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
14  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
15  Corporation is publicly traded in the U.S.
16  The following companies are parents of, or partners in Plaintiff WARNER BROS.
17  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
18  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
19  publicly traded in the U.S.
20  The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING
21  LLC: SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Sony
22  Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.;
23  Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation
24  is publicly traded. Sony Corporation is publicly traded in the U.S.
25  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
26  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
27  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
28  publicly traded. Vivendi S.A. is publicly traded in France.

Certification of Interested Entities or Persons
Case No.
#32633 v1

1 | The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
2 | CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
3 | and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
4 | Warner Music Group Corp. is publicly traded in the U.S.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION