1  Matthew Franklin Jaksa (SBN 248072)
   Holme Roberts & Owen LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105
   matt.jaksa@hro.com
4
5  Attorney for Plaintiffs

6                  UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8
9  ARISTA RECORDS, LLC, et al.,        No. C 07-04862-JL
10         Plaintiff(s),                **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**
11     v.
12 JOHN DOE,
13         Defendant(s).
14 _____/

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: December 14, 2007                    _____
                                               Signature
22
                                               Counsel for  Plaintiffs
23                                             (Plaintiff, Defendant or indicate "pro se")