Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br>                    Plaintiffs,<br><br>         v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04862-JL<br><br>Honorable James Larson<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for December 26, 2007, at 10:30 a.m. to March 26, 2008.

Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain information sufficient to identify Defendant. On September 26, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay. On November 30, 2007, Cal State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name and contact information.

Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation, Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible settlement of this matter. If the parties do not reach a settlement, Plaintiffs will file an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for December 26, 2007, at 10:30 a.m. to March 26, 2008.

Dated: December 14, 2007

HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION

1

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 26, 2007, at 10:30 a.m. be continued to March 26, 2008.

Dated: December 18, 2007        By: *James Larson*
                                    Honorable James Larson
                                    United States Magistrate Judge