Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>              Defendant. | CASE NO. 3:07-CV-04862-JL<br><br>Honorable James Larson<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*
2  voluntarily dismiss without prejudice their copyright infringement claim against Defendant John
3  Doe, also identified as ID # 128725175 with IP address 207.62.146.185 2007-05-12 01:53:33 EDT,
4  each party to bear its/her own fees and costs.  The Clerk of Court is respectfully requested to close
5  this case.

7  Dated:  March 17, 2008                              HOLME ROBERTS & OWEN LLP

9                                                     By:  _____*/s/ Matthew Franklin Jaksa*____
                                                          MATTHEW FRANKLIN JAKSA
                                                          Attorney for Plaintiffs
                                                          ARISTA RECORDS LLC; SONY BMG
                                                          MUSIC ENTERTAINMENT; WARNER
                                                          BROS. RECORDS INC.; ZOMBA
                                                          RECORDING LLC; UMG
                                                          RECORDINGS, INC.; and ATLANTIC
                                                          RECORDING CORPORATION

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04862-JL
#34442 v1