AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>3-17-08 |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>3-23-08 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.185 2007-05-12 01:53:33 EDT          **CASE ID#** 128725175

**P2P Network:** AresWarez          **Total Audio Files:** 1232

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Pink | Just Like a Pill | M!ssundaztood | 326-672 |
| SONY BMG MUSIC ENTERTAINMENT | Ednita Nazario | Vengada | Apasionada | 376-746 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Zomba Recording LLC | Justin Timberlake | Cry Me a River | Justified | 319-834 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Zomba Recording LLC | Backstreet Boys | Never Gone | Never Gone | 365-999 |
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>                  Defendant. | CASE NO. 3:07-CV-04862-JL<br><br>Honorable James Larson<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE**<br><br>ENTERED IN CIVIL DOCKET 3-17-08 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04862-JL
#34442 v1

| | |
|---|---|
| 1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.* |
| 2 | voluntarily dismiss without prejudice their copyright infringement claim against Defendant John |
| 3 | Doe, also identified as ID # 128725175 with IP address 207.62.146.185 2007-05-12 01:53:33 EDT, |
| 4 | each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close |
| 5 | this case. |

Dated: March 17, 2008                                       HOLME ROBERTS & OWEN LLP


By:           */s/ Matthew Franklin Jaksa*
         MATTHEW FRANKLIN JAKSA
         Attorney for Plaintiffs
         ARISTA RECORDS LLC; SONY BMG
         MUSIC ENTERTAINMENT; WARNER
         BROS. RECORDS INC.; ZOMBA
         RECORDING LLC; UMG
         RECORDINGS, INC.; and ATLANTIC
         RECORDING CORPORATION

---

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04862-JL
#34442 v1